*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA

vs.                              4:10CR00032-001

TONY ROBINSON

ORDER

On January 31, 2011, the defendant, Tony Robinson, signed a Waiver of Jury Trial and the matter was heard before the Court on January 31, 2011, the Honorable Susan Webber Wright, presiding. At the conclusion of the evidence put before the Court, the Court finds the defendant, Tony Robinson, guilty as charged in Count I of the Indictment.

IT IS SO ORDERED this 2nd day of February 2011.

/s/Susan Webber Wright
United States District Judge